Gary P. BERLAND, Plaintiff–
Appellant,

v.

UNITED STATES of America; Tony
Rackauckas; Orange County, Califor-
nia; Kathleen E. Clark, Defendants–
Appellees.

No. 01–6381.

United States Court of Appeals,
Sixth Circuit.

April 30, 2002.

Before DAUGHTREY and MOORE,
Circuit Judges; ECONOMUS, District
Judge.*

*ORDER*

Pro se Tennessee resident Gary P. Ber-
land appeals a district court judgment that
dismissed his civil rights suit. The case
has been referred to this panel pursuant to
Rule 34(j)(1), Rules of the Sixth Circuit.
We unanimously agree that oral argument
is not needed. Fed. R.App. P. 34(a).

Berland sued a California prosecuting
attorney and others, apparently claiming
that he was being maliciously prosecuted
for nonpayment of child support. The dis-
trict court dismissed the suit pursuant to
28 U.S.C. § 1915.

---
* The Honorable Peter C. Economus, United
States District Judge for the Northern District
of Ohio, sitting by designation.

In his timely appeal, Berland argues
that the district court erred by dismissing
his suit. The defendants have not been
served and have not filed a brief.

For the reasons stated by the district
court in its October 18, 2001, order, we
affirm the district court's judgment. Rule
34(j)(2)(C), Rules of the Sixth Circuit.